IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROSELAN L. RUSSELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 10-932-GPM |
| | ) |
| **MICHAEL J. ASTRUE, Commissioner of Social Security,** | ) ) |
| | ) |
| **Defendant.** | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Plaintiff Roselan L. Russell filed a complaint under 42 U.S.C. § 405(g) for review of the final decision of Defendant Commissioner of Social Security, which found that Plaintiff is not disabled and denied her Disability Insurance Benefits. The Commissioner asks the Court to remand the case for further administrative proceedings pursuant to sentence four of 42 U.S.C. §405(g). According to defense counsel, Plaintiff consents to the motion to remand (*see* Doc. 28).

Remand of a social security case can be ordered only pursuant to sentence four or sentence six of 42 U.S.C. § 405(g). A sentence four remand depends upon a finding of error and is itself a final, appealable order. By contrast, a sentence six remand is made for the purpose of receiving new evidence and does not determine the correctness of the Commissioner's decision. A sentence six remand is not an appealable order. *See, e.g., Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corp. Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999).

Here, the Commissioner implicitly confesses error by asking that judgment be entered in

Plaintiff's favor. A sentence four remand is appropriate, and the Commissioner's motion to remand (Doc. 28) is **GRANTED**. Consequently, the Commissioner's final decision to deny Roselan L. Russell's application for Disability Insurance Benefits is **REVERSED and REMANDED** for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. §405(g). The Clerk of Court is **DIRECTED** to enter judgment accordingly.

Plaintiff Russell filed her application for benefits in April 2004. The Court recognizes the Social Security Administration's heavy caseload but urges the Commissioner to expedite this matter to the extent practicable.

**IT IS SO ORDERED.**

DATED: 09/27/11

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge